

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Matthew A. Fitzgerald
Direct: 804.775.4716
mfitzgerald@mcguirewoods.com
Fax: 804.698.2251

January 2, 2024

**VIA CM/ECF**

Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**Re:    Nos. 22-1334 (lead) & 23-1151,** *Entergy Arkansas, LLC, et al. v. FERC*

Dear Clerk Langer:

Cleco Cajun LLC, Cleco Corporate Holdings LLC, and Cleco Power LLC (collectively Cleco), intervenors supporting Petitioner Entergy, will not be submitting or joining an intervenor brief in this case. Upon review of Entergy's brief filed November 13, 2023, and in the interest of brevity and judicial efficiency, Cleco fully supports Petitioner Entergy and does not believe additional briefing is necessary. For the reasons stated by Petitioner Entergy, we join in asking that the petition for review be granted, and the challenged decisions be reversed and remanded. Cleco appreciates the Court's attention to this matter.

Very truly yours,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

cc: All counsel of record (via CM/ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and the system will serve them.

      */s/ Matthew A. Fitzgerald*
      Matthew A. Fitzgerald